Priority ____
Send ____
Enter ✓
Closed ✓
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMIA MCCORCKLE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; DR. J.A. CARUTHERS; BLANCA VEGA, T. BERNOUDY; and DOES 1-10 INCLUSIVE,<br><br>　　　　Defendants. | CASE NO. CV11-6247 RGK (VBKx)<br>*[Assigned to the Hon. R. Gary Klausner in Courtroom 850]*<br><br>[PROPOSED] JUDGMENT RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>DATE: August 27, 2012<br>TIME: 9:00 a.m.<br>COURTROOM: 850<br><br>Complaint Filed: July 28, 2011<br><br>TRIAL DATE:　October 9, 2012 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

　　The Motion for Summary Judgment of Defendants COUNTY OF LOS ANGELES, J.A. CARUTHERS, BLANCA VEGA, and T. BERNOUDY came on regularly for hearing on August 27, 2012, at 9:00 a.m. before the Honorable R. Gary Klausner, judge presiding.

　　After considering the moving, opposing, and reply papers, the arguments of counsel, and all other matters presented to and accepted by the Court, and having ruled to grant COUNTY's Motion for Summary Judgment,

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

1

1  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that
2  Summary Judgment be entered in favor of Defendants COUNTY OF LOS
3  ANGELES, J.A. CARUTHERS, BLANCA VEGA, and T. BERNOUDY and
4  against Plaintiff SYMIA MCCORCKLE.

7  DATED: 09.20.2012          *Gary Klausner*
8                              The Honorable R. Gary Klausner
                                UNITED STATES DISTRICT JUDGE

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax   (626) 243-1111

2

[PROPOSED] ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT